IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PAUL PARROTT, AS THE REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED PERSONS, AND ON BEHALF OF THE INTERNATIONAL BANCSHARES CORPORATION EMPLOYEES' PROFIT SHARING PLAN AND TRUS;<br>*Plaintiff*<br><br>-vs-<br><br>INTERNATIONAL BANK OF COMMERCE, INTERNATIONAL BANCSHARES CORPORATION, INTERNATIONAL BANCSHARES CORPORATION PROFIT SHARING PLAN COMMITTEE,<br>*Defendants* | SA-24-CV-01263-XR |

## ORDER TO TRANSFER

It is hereby **ORDERED** that the above matter is **TRANSFERRED** to the docket of the Honorable David A. Ezra. The Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 31st day of January, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE